# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PATRICK SHANNON WILLEVER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:13-cv-1094-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. 405(G) WITH REVERSAL AND REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 15)**
>
> **FILED:**　January 27, 2014
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As the Commissioner seeks to take further action on Plaintiff's application and as Plaintiff does not oppose the motion, it is **respectfully recommended** that the motion be **granted,** and the Court enter a judgment **reversing** the administrative decision and **remanding** the cause to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further evaluation of Plaintiff's alleged mental impairments in accordance with the special technique described in 20 C.F.R. § 404.1520a; and for further evaluation of the Veterans Administration's disability findings pursuant

to the provisions of 20 C.F.R. § 404.1527 and Social Security Ruling 06-3p; and for any other proceedings deemed appropriate.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 28, 2014.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy